IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK JOHNSON,<br><br>　　　　Defendant.<br>_____/ | No. CR 94-0543 WHA<br><br>**ORDER GRANTING UNITED STATES' MOTION TO TURN OVER FUNDS HELD IN DEFENDANT'S BUREAU OF PRISONS INMATE TRUST ACCOUNT** |

　　　　For good cause shown, the motion of the United States to turn over the funds of defendant is **GRANTED** as described herein.  The Bureau of Prisons is authorized to turn over to the Clerk of the Court, and the Clerk of the Court shall accept, funds in the amount of $2,600.00 from the inmate trust account of the following defendant:

Frederick Johnson
Register No.: 88997-011
USP Florence ADMAX
PO BOX 8500
Florence, CO 81226

　　　　Said funds should be made payable to the United States District Court Clerk and mailed to The United States District Court Clerk, Attn:  Finance Section, 450 Golden Gate Avenue,

16th Fl., San Francisco 94102 for application to the criminal monetary penalties owed by the defendant in this case.

**IT IS SO ORDERED.**

Dated:  June 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE